UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID LLOYD SHAFFER,

        Petitioner,

    v.

SUSAN ILLSTON, et al.,

        Respondents.

Case No.  13-cv-02231-JST (PR)

**ORDER OF DISMISSAL**

On May 16, 2013, petitioner filed this pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On the same day the action was filed, petitioner was ordered to file a complete application to proceed in forma pauperis ("IFP"), or pay the filing fee of $5.00, within 28 days, or face dismissal of the action.  Petitioner was advised that failure to pay the fee or file the application materials within twenty-eight days would result in dismissal of the action.  Petitioner did not pay the filing fee or file a completed in forma pauperis application, and the deadline by which to do so has passed.  For the foregoing reasons, this action is DISMISSED without prejudice for failure to pay the filing fee or submit a completed in forma pauperis application.

The Clerk shall close the file and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated: July 1, 2013

_____
JON S. TIGAR
United States District Judge